UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DARREN JOHNSON,**<br><br>　　　　Plaintiff,<br>　vs.<br><br>**AUSTIN, *et al.*,**<br><br>　　　　Defendant. | **2:23-CV-10021-TGB-KGA** |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED AND ADJUDGED** that Johnson's civil rights complaint is **DISMISSED WITHOUT PREJUDICE**.

Dated at Detroit, Michigan:　January 24, 2023.

　　　　　　　　　　　　　　　　KINIKIA ESSIX
　　　　　　　　　　　　　　　　CLERK OF THE COURT

　　　　　　　　　　　　　　　　s/A. Chubb
　　　　　　　　　　　　　　　　Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE